Motion denied. Order filed. See, also, 128 N. Y. Supp. 1140.

PEOPLE ex rel. RUPPERT v. O'DONNEL et al. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Proceedings by the People of the State of New York, on the relation of Jacob Ruppert, against Frank A. O'Donnel and others. No opinion. Motion denied, with $10 costs. Order filed. See, also, 128 N. Y. Supp. 1140.

PEOPLE ex rel. RYAN v. BAKER, Com'r. (Supreme Court, Appellate Division, First Department. April 28, 1911.) Proceeding by the People of the State of New York, on the relation of John F. Ryan, against William F. Baker, Commissioner, etc. M. G. Kenney, for relator. H. Crone, for respondent. No opinion. Writ dismissed, and proceedings confirmed, with $50 costs and disbursements. Order filed.

PEOPLE ex rel. SOUTHERN BOULEVARD R. CO., Appellant, v. STATE BOARD OF TAX COM'RS, Respondent. (Supreme Court, Appellate Division, Third Department. May 3, 1911.) Proceedings by the People of the State of New York, on the relation of the Southern Boulevard Railroad Company, against the State Board of Tax Commissioners. No opinion. Order affirmed, with costs.

PEOPLE ex rel. SOUTHERN BOULEVARD R. CO., Appellant, v. STATE BOARD OF TAX COM'RS, Respondent. (Supreme Court, Appellate Division, Third Department. May 16, 1911.) Proceeding by the People of the State of New York, on the relation of the Southern Boulevard Railroad Company, against the State Board of Tax Commissioners. No opinion. Motion denied.

PEOPLE ex rel. TROY GAS CO. v. CITY OF TROY et al. (Supreme Court, Appellate Division, Third Department. May 3, 1911.) Proceeding by the People of the State of New York, on the relation of the Troy Gas Company, against the City of Troy, impleaded with others. No opinion. Order amended, so as to provide for $10 costs of that motion, with $10 of this motion in addition.

PLATTSBURGH LIGHT, HEAT & POWER CO., Appellant, v. PLATTSBURGH TRACTION CO., Respondent. (Supreme Court, Appellate Division, Third Department. May 3, 1911.) Action by the Plattsburgh Light, Heat & Power Company against the Plattsburgh Traction Company. No opinion. Judgment unanimously affirmed, with costs.

PLUMB, Appellant, v. LYELL AVE. LUMBER CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 10, 1911.) Action by Erwin S. Plumb, as trustee, etc., against the Lyell Avenue Lumber Company.
PER CURIAM. Order affirmed, with $10 costs and disbursements.
SPRING. and ROBSON, JJ., dissent.

PLUMB, Appellant, v. LYELL AVE. LUMBER CO., Respondent. (Supreme Court, Appellate Division, Fourth Department. May 17, 1911.) Action by Erwin S. Plumb, as trustee, etc., against the Lyell Avenue Lumber Company. No opinion. Motion for leave to appeal to Court of Appeals granted, and question for review certified. For former decision, see supra.

PNEUMATIC SIGNAL CO., Respondent, v. TEXAS & P. RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 10, 1911.) Action by the Pneumatic Signal Company against the Texas & Pacific Railway Company. No opinion. Order affirmed, with $10 costs and disbursements. See, also, 133 App. Div. 781, 118 N. Y. Supp. 66.

PODALSKY v. IRELAND. ELLIS v. BURDEN. NAPIER v. SPIELMAN. (Supreme Court, Appellate Division, First Department. June 9, 1911.) Actions by Jacob Podalsky against John B. Ireland, by Robert Ellis against Robert Burden, and by Thomas S. Napier against Chas. Spielman. No opinions. Motions granted, unless appellants comply with terms of order. Orders filed. See, also, 128 App. Div. 903, 112 N. Y. Supp. 1138; 137 App. Div. 257, 121 N. Y. Supp. 950.

POLLOCK, Respondent, v. SHUBERT THEATRICAL CO., Appellant. (Supreme Court, Appellate Division, First Department. May 12, 1911.) Action by Frank V. Pollock against the Shubert Theatrical Company. W. Klein, for appellant. W. Loewenthal, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

POMERANTZ, Appellant, v. PIROZZI et al., Respondents. (Supreme Court, Appellate Division, Second Department. June 2, 1911.) Action by David Pomerantz against Filomena Pirozzi and another.
PER CURIAM. Plaintiff's testimony, if true, establishes a contract by the defendants under which he was to perform the work at an agreed price. It is uncontradicted. There is nothing improbable in his testimony, and the court should not have rejected it. Judgment of the Municipal Court reversed, and new trial ordered; costs to abide the event.

POOLT, Appellant, v. MARCUS, Respondent, et al. (Supreme Court, Appellate Division, First Department. June 2, 1911.) Action by Andrew Poolt, by guardian ad litem, against Nathan Marcus, impleaded with others. C. E. Travis, for appellant. T. H. Lord, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

POST, Appellant, v. KERWIN, Respondent. (Supreme Court, Appellate Division, Second Department. May 26, 1911.) Action by Alfred Post against Andrew Kerwin, Jr. No opinion. Order affirmed, with costs to abide the event. See, also, 128 App. Div. 891, 112 N. Y. Supp. 1144; 133 App. Div. 404, 117 N. Y. Supp. 761.